```
                    FILED
              CLERK, U.S. DISTRICT COURT
                   2/7/2024
           CENTRAL DISTRICT OF CALIFORNIA
           BY:      TV         DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH FLEISHER,<br><br>　　　　Defendant. | CR No. 2:24-cr-00082-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vi), (b)(1)(C): Possession with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine Base] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about May 2, 2023, in Los Angeles County, within the Central District of California, defendant JOSEPH FLEISHER knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 521.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about May 2, 2023, in Los Angeles County, within the Central District of California, defendant JOSEPH FLEISHER knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 86.81 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 2, 2023, in Los Angeles County, within the Central District of California, defendant JOSEPH FLEISHER knowingly and intentionally possessed with intent to distribute cocaine base, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*Christina Shmy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

COLIN S. SCOTT
Assistant United States Attorney
General Crimes Section