UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-CR-00082-AB-001                                   Date: 02/09/2024

Present: The Honorable: Steve Kim, U.S. Magistrate Judge

Interpreter N/A                                                  Language N/A

| Connie Chung | 02/09/2024 | Sophia Carrillo |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present   In Custody         Attorneys for Defendants:   ✔ Present   DFPD

Joseph Fleisher                                                  David Lee Menninger

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Andre Birotte Jr.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 4/2/2024 8:30 AM; Status Conference: 2/23/2024 1:30 PM
* Government counsel provides trial estimate of 2 days.
* Judge Birotte Jr is located in 7B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA           PSAED           PSASA           Initial Appearance/Appointment of Counsel: 00 : 00
  ✔ USMLA           USMED           USMSA
     Statistics Clerk                Interpreter                 Arraignment: 00 : 02
     CJA Supervising Attorney        Fiscal                      Initials of Deputy Clerk: CC by TRB